**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DONNA L. FRIEDEBERG,

                Plaintiff,

-against-                                  25 **CIVIL** 3999 (LLS)

                                                **JUDGMENT**

US SHARE INFO CONSULTANT SERVICE
LLC,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 25, 2025, the Court has dismissed this action as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i). If Plaintiff continues to abuse the privilege of proceeding IFP, the Court may order her to show cause why she should not be barred from proceeding IFP in this Court without prior permission. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); Judgment is entered dismissing this action.

**Dated:** New York, New York

        June 27, 2025

                                                **TAMMI M. HELLWIG**
                                                  **Clerk of Court**

                            **BY:**    *K. Mango*

                                                  **Deputy Clerk**